WILLIAM HAYS, Respondent, *v.* THE PHENIX INSURANCE COMPANY, Appellant.

(Argued April 16, 1891; decided June 2, 1891.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made June 28, 1889, which affirmed a judgment in favor of plaintiff, entered upon the verdict of a jury and affirmed an order denying a motion for a new trial.

*George A. Black* for appellant.

*William W. Goodrich* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

ELIZABETH J. OSBORNE, Respondent, *v.* THE NEW YORK MUTUAL LIFE INSURANCE COMPANY, Appellant.

(Argued April 16, 1891; decided June 2, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made June 29, 1889, which affirmed a judgment in favor of plaintiff, entered upon a verdict.

*George A. Black* for appellant.

*Joseph A. Shoudy* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.